STEPHEN A. PERKINS, Appellant, *v.* GEORGE D. EIGHMIE, Respondent.

(Argued December 10, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 28, 1889, which affirmed a judgment in favor of defendant entered upon an order dismissing plaintiff's complaint on trial.

*Homer A. Nelson* for appellant.

*Frank B. Lown* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.